IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID L. SIMPSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 3:17-cv-00563-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 16) of Magistrate Judge Reona J. Daly with regard to the defendants' motion for summary judgment (Doc. 12). The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in a report and recommendation. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

No party has filed an objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 16);
- **GRANTS** the defendants' motion for summary judgment (Doc. 12);
- **DISMISSES WITHOUT PREJUDICE** Counts I and II;
- **CONVERTS** the former dismissal of Count III to **DISMISSAL WITH PREJUDICE**;
- And **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: MARCH 23, 2018**

                                                      **s/ *J. Phil Gilbert***
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**