# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID L. SIMPSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 3:17-cv-00563-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts I and II are **DISMISSED WITHOUT PREJUDICE**. Count III, which the Court formerly dismissed without prejudice, is now **DISMISSED WITH PREJUDICE**.

DATED: March 23, 2018

                         **JUSTINE FLANAGAN,**
                         **Acting Clerk of Court**

                         **BY:  s/Tina Gray**
                               **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**